

‹ Back to search results                    What do all these data points mean?

# 2432919

**Date CFPB received the complaint**

4/12/2017

**Consumer's state**

OH

**Consumer's zip**

448XX

**Submitted via**

Web

**Tags**

**Did consumer dispute the response?**

No

**Product**

Mortgage

**Sub-product:** Conventional fixed mortgage

**Issue**

Loan servicing, payments, escrow account

**Consumer consent to publish narrative**

✅ Consent provided

**Consumer complaint narrative**

In XX/XX/2007 we file bankruptcy. we reaffirmed on our home loan threw XXXX are attorney had are APR Modified under reaffirmation to 7 % that XXXX said was a fixed rate. If we paid on time every month it would drop 1/4 % to a cap of 5.5 %. Are loan was at the 5.5 %. our payments were {$560.00} a month as of XX/XX/XXXX. At the end of XX/XX/XXXX XXXX sold our loan to a company called Rushmore we received a bill end of XX/XX/XXXX that said if we paid before a certain date to pay beneficial then every payment there after was to be made to Rushmore. It was stated that everything would stay the same. we paid XX/XX/XXXX and never received a bill for XX/XX/XXXX. I called Rushmore and they stated that they did not have to send us a bill because we are still in bankruptcy. They told me our payment was now going to be {$950.00} a month and our APR is at 9.48 % They stated to me that they can do what they want with our loan because they now own it. I contacted XXXX at XXXX I was told that nothing should have changed. Rushmore will not provide us with any documentation of why they think they can go against our bankruptcy agreement.

# Company information

**Date complaint sent to company**

4/12/2017

**Company name**

RUSHMORE LOAN
MANAGEMENT SERVICES
LLC

**Timely response?**

⊙ Yes

**Company response to consumer**

Closed with explanation

**Company public response**

---

Contact Us

Newsroom

Careers

Industry Whistleblowers

CFPB Ombudsman

FOIA

Plain Writing

Privacy

Website Privacy Policy & Legal Notices

Open Government

Administrative Adjudication

Accessibility

Office of Civil Rights

No FEAR Act Data

Tribal

USA.gov

Office of Inspector General

An official website of the United States government



‹ **Back to search results**                                    **What do all these data points mean?**

# 1616793

**Date CFPB received
the complaint**
10/20/2015

**Consumer's state**
MI

**Consumer's zip**
48103

**Submitted via**
Web

**Tags**
Older American

**Did consumer dispute
the response?**
Yes

**Product**
Mortgage
**Sub-product:** Conventional fixed mortgage

**Issue**
Loan servicing, payments, escrow account

**Consumer consent to publish narrative**
✅  Consent provided

**Consumer complaint narrative**
Our mortgage servicer has failed to pay summer property
taxes owed on our home. The house straddles XXXX
jurisdictions, XXXX XXXX, XXXX County, Michigan and XXXX
XXXX, XXXX County, Michigan. Summer taxes became due to
both Townships on XX/XX/XXXX They were payable without
interest or penalty through XX/XX/XXXX. The present amount
owed to XXXX XXXX is {$1700.00}. The present amount owed
to XXXX XXXX is {$390.00}. Our mortgage payments are and
have been current As of XX/XX/XXXX, the balance in our
escrow account was {$6400.00}. As of XX/XX/XXXX, the
escrow account contained {$7200.00}. On XX/XX/XXXX, I
contacted the servicer by phone to inform them that the
summer taxes were unpaid and was assured that although the
taxes had not been paid, the matter would be addressed and
the taxes paid within 21 days. I asked for written confirmation,
but was told that none would be provided. The taxes remain
unpaid, creating the false impression on our credit record that
we are delinquent in paying these taxes.

## Company information

**Date complaint sent to
company**

**Timely response?**
 Yes

10/20/2015

**Company response to consumer**
Closed with explanation

**Company name**
RUSHMORE LOAN
MANAGEMENT SERVICES
LLC

**Company public response**

---

Contact Us

Newsroom

Careers

Industry Whistleblowers

CFPB Ombudsman

FOIA

Plain Writing

Privacy

Website Privacy Policy & Legal Notices

Open Government

Administrative Adjudication

Accessibility

Office of Civil Rights

No FEAR Act Data

Tribal

USA.gov

Office of Inspector General

An official website of the United States government



‹ **Back to search results**          **What do all these data points mean?**

# 1478531

**Date CFPB received the complaint**
7/21/2015

**Consumer's state**
MI

**Consumer's zip**
48103

**Submitted via**
Web

**Tags**

**Did consumer dispute the response?**
No

**Product**
Mortgage
**Sub-product:** Conventional fixed mortgage

**Issue**
Loan servicing, payments, escrow account

**Consumer consent to publish narrative**
✅  Consent provided

**Consumer complaint narrative**
My wife and I experienced financial difficulties in XXXX. We requested a loan modification from the servicer of our mortgage. Initially we were told that we had not submitted sufficient financial information. This was rectified within two days. Then the servicer lost the new information. Within a few weeks we were informed that the information had been found and that our request was being processed. Five months elapsed with regular contacts from us but no response to our modification request from the servicer. Then the loan was sold to another holder and the servicer was changed. The new servicer told us we would likely qualify for a modification, but that we would have to submit all new financial information, which we did. In response, we received a short sale offer. We protested that we were requesting a loan modification. Many months passed and then the servicer requested all new financial information, which we provided. Again many months passed and again we were offered a short sale. When we refused the short sale, the lender began a judicial foreclosure. After a few years in court, the judicial foreclosure was settled with a loan modification. XXXX parties waived any claims arising out of events prior to the settlement except as to the obligations identified in the Settlement Agreement. This took place in XX/XX/XXXX Since then we have made all required payments on time. Nonetheless XX/XX/XXXX, our mortgage

statements began including the statement that we owed {$3300.00} as " recoverable advances ''. Neither this sum, nor the concept of " recoverable advances '' was mentioned in the Settlement Agreement. We have written to the servicer asking for an explanation of this charge. Our most recent request was on XXXX XXXX, XXXX. On XXXX XXXX, the servicer sent a reply stating that it would require additional time to review our inquiry but that a response would be forthcoming within 15 days. None has been received, and our most recent statement, dated XXXX/XXXX/XXXX still shows " recoverable advances '' of {$3300.00}.

## Company information

### Date complaint sent to company
7/21/2015

### Company name
RUSHMORE LOAN MANAGEMENT SERVICES LLC

### Timely response?
Yes

### Company response to consumer
Closed with explanation

### Company public response

---

Contact Us

Newsroom

Careers

Industry Whistleblowers

CFPB Ombudsman

FOIA

Plain Writing

Privacy

Website Privacy Policy & Legal Notices

Open Government

Administrative Adjudication

Accessibility

Office of Civil Rights

No FEAR Act Data

Tribal

USA.gov

Office of Inspector General

An official website of the United States government



‹ Back to search results                    What do all these data points mean?

# 1711140

**Date CFPB received the complaint**
12/22/2015

**Consumer's state**
TN

**Consumer's zip**
372XX

**Submitted via**
Web

**Tags**

**Did consumer dispute the response?**
No

**Product**
Mortgage
**Sub-product:** Other mortgage

**Issue**
Loan modification,collection,foreclosure

**Consumer consent to publish narrative**
✅ Consent provided

**Consumer complaint narrative**
My mother became very ill and got behind on mortgage payments. Up until that time she was never late. My mother has since passed away. The deed is in my name, and the mortgage in the Estate of my mother. I was paying mortgage payments after my mother passed away to XXXX XXXX XXXX. I was in the middle of an assumption and a modification, With XXXX XXXX, when they sold the loan to Rushmore Loan Management, who said that they do not do modifications or assumptions. Rushmore stopped taking my payments, and now the property is in foreclosure with a sale date of XXXX XXXX, 2016. I can not lose this property as it is a family home. They are unwilling to work with me. I make the money to make payments. I just need them to be willing to work with me and finish what XXXX XXXX started.

## Company information

**Date complaint sent to company**
12/22/2015

**Company name**
RUSHMORE LOAN

**Timely response?**
◉ Yes

**Company response to consumer**
Closed with explanation

MANAGEMENT SERVICES LLC     Company public response

---

Contact Us

Newsroom

Careers

Industry Whistleblowers

CFPB Ombudsman

FOIA

Plain Writing

Privacy

Website Privacy Policy & Legal Notices

Open Government

Administrative Adjudication

Accessibility

Office of Civil Rights

No FEAR Act Data

Tribal

USA.gov

Office of Inspector General

An official website of the United States government



<span style="color:blue">‹</span> Back to search results            What do all these data points mean?

# 1833785

**Date CFPB received the complaint**

3/16/2016

**Consumer's state**

IL

**Consumer's zip**

606XX

**Submitted via**

Web

**Tags**

**Did consumer dispute the response?**

Yes

**Product**

Mortgage

**Sub-product:** Conventional fixed mortgage

**Issue**

Loan servicing, payments, escrow account

**Consumer consent to publish narrative**

✓ Consent provided

**Consumer complaint narrative**

My mortgage servicer, Rushmore Loan Management Services, did not pay my property taxes. I sent them the bill multiple times, contacted them by phone and mail. They promised to investigate but the taxes are still overdue. There is more than enough money in the escrow to pay the taxes but they have not done anything. I do n't know how to handle this. The tax bill is already overdue with assessed penalties and could go to collection.

## Company information

**Date complaint sent to company**

3/16/2016

**Company name**

RUSHMORE LOAN MANAGEMENT SERVICES LLC

**Timely response?**

◉ Yes

**Company response to consumer**

Closed with explanation

**Company public response**

Contact Us

Newsroom

Careers

Industry Whistleblowers

CFPB Ombudsman


FOIA

Plain Writing

Privacy

Website Privacy Policy & Legal Notices

Open Government

Administrative Adjudication

Accessibility

Office of Civil Rights

No FEAR Act Data

Tribal

USA.gov

Office of Inspector General


An official website of the United States government



‹ Back to search results      What do all these data points mean?

# 1383507

**Date CFPB received the complaint**
5/19/2015

**Consumer's state**
IL

**Consumer's zip**

**Submitted via**
Web

**Tags**

**Did consumer dispute the response?**
No

**Product**
Mortgage
**Sub-product:** Conventional adjustable mortgage (ARM)

**Issue**
Loan modification,collection,foreclosure

**Consumer consent to publish narrative**
✓ Consent provided

**Consumer complaint narrative**
They have since day one abused Me as a consumer, they have taken more out in escrow and refused to correct it even after I showed proof. The recently they reported me late and stated in XX/XX/2014 they were starting foreclosure even though I was in a bankruptcy. This is inaccurate information and I have asked to have it changed and they have refused

## Company information

**Date complaint sent to company**
5/19/2015

**Company name**
RUSHMORE LOAN MANAGEMENT SERVICES LLC

**Timely response?**
◉ Yes

**Company response to consumer**
Closed with explanation

**Company public response**

Contact Us

Newsroom

Careers

Industry Whistleblowers

CFPB Ombudsman

FOIA

Plain Writing

Privacy

Website Privacy Policy & Legal Notices

Open Government

Administrative Adjudication

Accessibility

Office of Civil Rights

No FEAR Act Data

Tribal

USA.gov

Office of Inspector General

An official website of the United States government

Case: 3:19-cv-00763-JZ Doc #: 1-15 Filed: 04/05/19 19 of 45. PageID #: 241



⟨ Back to search results                              What do all these data points mean?

# 2018157

**Date CFPB received
the complaint**
7/18/2016

**Consumer's state**
IN

**Consumer's zip**
460XX

**Submitted via**
Web

**Tags**

**Did consumer dispute
the response?**
No

**Product**
Mortgage
**Sub-product:** Conventional fixed mortgage

**Issue**
Loan modification,collection,foreclosure

**Consumer consent to publish narrative**
✓  Consent provided

**Consumer complaint narrative**
My mortgage started with XXXX XXXX and was sold. They had
just completed a loan modification to place my taxes and
hazard insurance into to escrow and to remove my ex-wife
from the mortgage. The company that took the mortgage over
was XXXX XXXX XXXX. They increased my payment
dramatically and would not acknowledge the modification I
had with XXXX. Within 90 days, they sold the mortgage to
Rushmore Loan Management services who also would not
acknowledge the loan agreement I had with XXXX. I have
spent almost two years trying to get Rushmore to honor the
loan agreement I had with XXXX when the loan was
purchased. They have not only refused to honor even though I
have provided them with the modification paperwork, but
have not cashed any checks I have sent to them, refused to tell
me who owns the note, and have destroyed my credit so that I
can not get another loan or mortgage. My credit was pristine
until this all began. Rushmore continues to pile up interest and
fees but will not acknowledge their error or give me one
person to deal with. I have corresponded via emails, writing
and numerous phone calls and have been either ignored, or
blatantly lied to. One representative told me that he did n't
know why I have n't sued them because this is standard
procedure for them to exasperate the client until either they
pay or get foreclosed. Please help!

# Company information

**Date complaint sent to company**

7/18/2016

**Company name**

RUSHMORE LOAN
MANAGEMENT SERVICES
LLC

**Timely response?**

◉ Yes

**Company response to consumer**

Closed with explanation

**Company public response**

---

Contact Us

Newsroom

Careers

Industry Whistleblowers

CFPB Ombudsman

---

FOIA

Plain Writing

Privacy

Website Privacy Policy & Legal Notices

Open Government

Administrative Adjudication

Accessibility

Office of Civil Rights

No FEAR Act Data

Tribal

USA.gov

Office of Inspector General

An official website of the United States government

Case: 3:19-cv-00763-JZ Doc #: 1-15 Filed: 04/05/19 22 of 45. PageID #: 244



‹  Back to search results                          What do all these data points mean?

# 2312306

**Date CFPB received the complaint**
1/27/2017

**Consumer's state**
IN

**Consumer's zip**

**Submitted via**
Web

**Tags**

**Did consumer dispute the response?**
No

**Product**
Mortgage
**Sub-product:** FHA mortgage

**Issue**
Loan modification,collection,foreclosure

**Consumer consent to publish narrative**
✅  Consent provided

**Consumer complaint narrative**
We are filing a complaint against Rushmore Loan Management, they have taken over my loan as of XX/XX/XXXX, at the time my employment situation was dire and I was unable to apply for modification assistance. In XX/XX/XXXX I was fortunate enough to gain full-time employment with my current employer XXXX. My mom has been residing with me for quite sometime and she is going to combine her income with mine, so that we can qualify for a modification and or repayment plan so that we can retain possession of our home. We submitted a complete and full RMA package, and all up to date supporting financial documents. They have refused to review my application for assistance stating that i 'm not eligible to be reviewed for assistance. To me this is considered an attempt at stripping all positive equity from my home. It is a fact, that my loan was actually purchased by Rushmore Loan Management investment team for pennies in the dollar and they have essentially placed my home in there cross fire for foreclosure and flipping my home for a profit. Rushmore Loan Management, is bound to the terms of the National Mortgage Settlement ( NMS ). They are required to review my request for assistance if a compete package is received prior to a sale date. Furthermore, no agents of Rushmore Loan Management made any attempts at allowing me the opportunity to save my

Case: 3:19-cv-00762-JZ Doc #: 1-15 Filed: 04/05/19 23 of 45. PageID #: 245

home prior to initiating a sale date on XX/XX/XXXX. We are imploring your office to intervene in these abusive collection tactics.

## Company information

**Date complaint sent to company**
1/27/2017

**Company name**
RUSHMORE LOAN MANAGEMENT SERVICES LLC

**Timely response?**
◉ Yes

**Company response to consumer**
Closed with explanation

**Company public response**
Company believes it acted appropriately as authorized by contract or law

---

Contact Us

Newsroom

Careers

Industry Whistleblowers

CFPB Ombudsman

FOIA

Plain Writing

Privacy

Website Privacy Policy & Legal Notices

Open Government

Administrative Adjudication

Accessibility

Office of Civil Rights

No FEAR Act Data

Tribal

USA.gov

Office of Inspector General

An official website of the United States government



──────────────────────────────

‹ **Back to search results**                    **What do all these data points mean?**

# 2054061

**Date CFPB received the complaint**
8/9/2016

**Consumer's state**
IL

**Consumer's zip**

**Submitted via**
Web

**Tags**

**Did consumer dispute the response?**
Yes

**Product**
Mortgage
**Sub-product:** Conventional fixed mortgage

**Issue**
Loan modification,collection,foreclosure

**Consumer consent to publish narrative**
✅  Consent provided

**Consumer complaint narrative**
I came home from hospital and called a friend to take me to XXXX XXXX she came at XXXX on XX/XX/2016. We returned a few hours later and when driving up I noticed my front door opened and there was a latter against the front of the house. She went to the back of the house while I looked around the front. My window inside was broken and someone had started cleaning up some of the glass.We both called out several times when to men finally came out from back. They said my mortgage company sent them to lock box my house. What, I said, I am not in foreclose.I asked for papers he had none, only a email. I called mortgage company, Rushmore Mortgage { XXXX } tried to reach XXXX XXXX but could n't { XXXX } she is my contact person that I keep constant contact with. The man told me that they did send him to lock box the house and that they thought I had moved out, also that it does not show I am in foreclose. I asked friend to call police and asked them to arrest him. Police spoke with mortgage company and they also told him I was not in foreclose but they had a right to be there. { police report cad # XXXX } After police and friend left, I open door and seen that he had been inside the house. Things were moved, television, tools, money, closets, draws were opened also in bedroom and basement door was opened. Things were moved by front door.I have trouble sleeping, I was so scared. I cried all the time officer was there.I am very sick.

# Company information

### Date complaint sent to company
8/9/2016

### Company name
RUSHMORE LOAN
MANAGEMENT SERVICES
LLC

### Timely response?
⊙ Yes

### Company response to consumer
Closed with explanation

### Company public response

---

Contact Us

Newsroom

Careers

Industry Whistleblowers

CFPB Ombudsman

FOIA

Plain Writing

Privacy

Website Privacy Policy & Legal Notices

Open Government

Administrative Adjudication

Accessibility

Office of Civil Rights

No FEAR Act Data

Tribal

USA.gov

Office of Inspector General

An official website of the United States government



‹   Back to search results            What do all these data points mean?

# 2290783

**Date CFPB received the complaint**

1/17/2017

**Consumer's state**

FL

**Consumer's zip**

**Submitted via**

Web

**Tags**

**Did consumer dispute the response?**

Yes

**Product**

Mortgage

**Sub-product:** Conventional adjustable mortgage (ARM)

**Issue**

Loan servicing, payments, escrow account

**Consumer consent to publish narrative**

✓ Consent provided

**Consumer complaint narrative**

I was divorced XX/XX/XXXX. XX/XX/XXXX at the time of separation from my ex, I did not have a job and missed XXXX mortgage payments. My ex later filed bankruptcy. XXXX, the original servicer, sent me all sorts of paperwork for resolution ... none of them were an appropriate option as either I could not qualify, or it would increase my payment. Once I started working, I set up auto payments through my bank. Never missing a payment, or being late since then. XXXX, after telling them my story continued to harass me in the form of false credit bureau reporting that I was consistently 3 months behind and charging late fees for several months which they did not remove, and additional monthly fees for inspection reports, etc. I wrote to them without resolve. They did NOT even respond to me!! Beginning XX/XX/XXXX, my loan was sold to a new lender and was also assigned a new servicer, Rushmore Loan Management. Now, I recently received an intent to foreclose notice and I have NOT even missed a payment with them. This has ruined my credit score and caused me much XXXX. The mortgage company has sent people out to my property taking pictures which I find not only inappropriate, but harrassing. They have NO reason to be doing this. My payments are timely and even though I do not have escrows, my Insurance and Taxes are ALWAYS paid on time. Please help me get this problem corrected. I would like

Case: 3:19-cv-00762-JZ  Doc #: 1-15  Filed: 04/05/19  29 of 45.  PageID #: 251

all the late fees and inspection fees that I did not authorize removed from my account. Also, my loan is being reported now as over 90 days past due, which is NOT the case.

## Company information

### Date complaint sent to company
1/17/2017

### Company name
RUSHMORE LOAN MANAGEMENT SERVICES LLC

### Timely response?
Yes

### Company response to consumer
Closed with explanation

### Company public response
Company believes it acted appropriately as authorized by contract or law

---

Contact Us

Newsroom

Careers

Industry Whistleblowers

CFPB Ombudsman

FOIA

Plain Writing

Privacy

Website Privacy Policy & Legal Notices

Open Government

Administrative Adjudication

Accessibility

Office of Civil Rights

No FEAR Act Data

Tribal

USA.gov

Office of Inspector General

An official website of the United States government



‹ Back to search results

What do all these data points mean?

# 2133117

**Date CFPB received the complaint**
9/27/2016

**Consumer's state**
FL

**Consumer's zip**
330XX

**Submitted via**
Web

**Tags**

**Did consumer dispute the response?**
No

**Product**
Mortgage
**Sub-product:** Conventional fixed mortgage

**Issue**
Loan servicing, payments, escrow account

**Consumer consent to publish narrative**
✓ Consent provided

**Consumer complaint narrative**
XXXX XXXX has embezzled our homeowners insurance draft of {$24000.00} that was paid to us by our insurance company for storm damage. We have fixed 90 % of damage with our own funds and the bank has sent inspectors 3 times and has still not released our funds and are playing with our money and emotions for the last two years. Trying to get them to release our funds has not worked and in the meantime they have " sold '' the mortgage loan servicing to Rushmore Loan Management Services and they repeated the above process and not returning phone calls or communicating by mail or email. This money is being illegally held by the mortgage servicer as it does not belong to them and was specifically for home repair that we had to complete before the bank would release the money. The bank requested detailed invoices and releases of liens from the repair companies that fixed the damage that we paid for. They also sent out inspectors at different times and have not released our funds since the last two years. The fair resolution is that they immediately release the {$24000.00} and pay the costs and interests on this amount. Thanks. Please help protect the consumers!

# Company information

**Date complaint sent to company**

9/27/2016

**Company name**

RUSHMORE LOAN MANAGEMENT SERVICES LLC

**Timely response?**

⊙ Yes

**Company response to consumer**

Closed with explanation

**Company public response**

---

Contact Us

Newsroom

Careers

Industry Whistleblowers

CFPB Ombudsman

FOIA

Plain Writing

Privacy

Website Privacy Policy & Legal Notices

Open Government

Administrative Adjudication

Accessibility

Office of Civil Rights

No FEAR Act Data

Tribal

USA.gov

Office of Inspector General

An official website of the United States government



‹ Back to search results      What do all these data points mean?

# 2104144

**Date CFPB received the complaint**
9/9/2016

**Consumer's state**
FL

**Consumer's zip**

**Submitted via**
Web

**Tags**

**Did consumer dispute the response?**
No

**Product**
Mortgage
**Sub-product:** Conventional fixed mortgage

**Issue**
Loan servicing, payments, escrow account

**Consumer consent to publish narrative**
✅ Consent provided

**Consumer complaint narrative**
Rushmore loan services company repeatedly neglected to renew my wind insurance coverage then enstated their own coverage and charged my escrow XXXX for 6 months premiums. Hours on the phone since XXXX 2016 with the help of my insurance broker I got my own insurance reinstated but they still charged my escrow that XXXX dollars. For " my security '' that do n't do emails. Almost impossible to track my communications and faxes with them. I had to pay inspectors to inspect the house because they let my insurance lapse. I feel this may be a common practice for them to collect some extra revenue. It seems criminal to me. I 've never been blatantly lied to and ignored so bad in my life. Please help and make sure they 're not doing this to other people as well.

## Company information

**Date complaint sent to company**
9/9/2016

**Company name**
RUSHMORE LOAN
MANAGEMENT SERVICES

**Timely response?**
◎ Yes

**Company response to consumer**
Closed with explanation

**Company public response**

Case: 3:19-cv-00763-JZ Doc #: 1-15 Filed: 04/05/19 35 of 45. PageID #: 257

## Company public response

Company believes it acted appropriately as authorized by contract or law

---

Contact Us

Newsroom

Careers

Industry Whistleblowers

CFPB Ombudsman

FOIA

Plain Writing

Privacy

Website Privacy Policy & Legal Notices

Open Government

Administrative Adjudication

Accessibility

Office of Civil Rights

No FEAR Act Data

Tribal

USA.gov

Office of Inspector General

Case: 3:19-cv-00762-JZ Doc #: 1-15 Filed: 04/05/19 36 of 45. PageID #: 258

An official website of the United States government


**cfpb** Consumer Financial
Protection Bureau

‹ Back to search results                    What do all these data points mean?

# 1636025

**Date CFPB received the complaint**
11/2/2015

**Consumer's state**
FL

**Consumer's zip**
333XX

**Submitted via**
Web

**Tags**

**Did consumer dispute the response?**
No

**Product**
Mortgage
**Sub-product:** Conventional fixed mortgage

**Issue**
Loan servicing, payments, escrow account

**Consumer consent to publish narrative**
✔ Consent provided

**Consumer complaint narrative**
Rushmore Loan Management added unnecessary insurance to my mortgage, which led to a shortage in escrow, resulting in an increased mortgage payment. The company was made aware ( proof was provided ) that my home was from the requirement for flood insurance due to flood zone : AH. Rushmore failed to rectify the matter on a timely basis. They have failed to apply my payment appropriately, and they then started foreclosure proceedings and refused any of my payments as per their letter dated XXXX XXXX, 2015. They have ruined my good credit history under the affordable housing programs, for which I am to receive a yearly credit of {$1000.00} for making timely payments. They have also ruined my credit history, and have started foreclosure proceedings. My attempts to resolve this issue by contacting the company has failed miserably! Instead, I continue to receive dunning letters and phone calls. I 'm asking that Rushmore reinstate my payments under the agreed terms, allow me to make my payments, remove negative reports from my credit history from XXXX 2015 to XXXX 2015, and reinstate my good payment record so that I may receive the yearly incentive of $ XXXX you for you assistance in this matter.

# Company information

**Date complaint sent to company**

11/3/2015

**Company name**

RUSHMORE LOAN MANAGEMENT SERVICES LLC

**Timely response?**

◉ Yes

**Company response to consumer**

Closed with explanation

**Company public response**

---

Contact Us

Newsroom

Careers

Industry Whistleblowers

CFPB Ombudsman

FOIA

Plain Writing

Privacy

Website Privacy Policy & Legal Notices

Open Government

Administrative Adjudication

Accessibility

Office of Civil Rights

No FEAR Act Data

Tribal

USA.gov

Office of Inspector General

An official website of the United States government


**Consumer Financial**
**Protection Bureau**

---

‹ Back to search results　　　　　　　What do all these data points mean?

# 1402945

**Date CFPB received the complaint**
6/2/2015

**Consumer's state**
FL

**Consumer's zip**
333XX

**Submitted via**
Web

**Tags**

**Did consumer dispute the response?**
Yes

**Product**
Mortgage
**Sub-product:** Conventional fixed mortgage

**Issue**
Loan servicing, payments, escrow account

**Consumer consent to publish narrative**
✅　Consent provided

**Consumer complaint narrative**
Rushmore Loan Management Services purchased my mortgage from XXXX XXXX, which typically should not impact me as a consumer, other than changing where and to whom I should send my money. However, that was not the case. Rushmore failed to acquire all the proper documentations from XXXX which would show that the property is insured, so they added a lender-placed insurance to my account resulting to an increased escrow, which increased my monthly payment from {$600.00} to {$1000.00}. I called Rushmore to advise them that I already have insurance through the homeowners association, provided them with name and phone number and advised Rushmore that I would send the regular payment of {$600.00} for XXXX 2015, which I did. Now Rushmore has labeled my account as delinquent for the difference. I 'm seeking protection as a consumer who should not be impacted by lenders practice of bouncing/selling mortgages to other lenders. Help!!

## Company information

**Date complaint sent to company**
6/2/2015

**Timely response?**
◎　No

Case: 3:19-cv-00762-JZ Doc #: 1-15 Filed: 04/05/19 41 of 45. PageID #: 263

**Company response to consumer**
Closed with explanation

**Company name**

RUSHMORE LOAN
MANAGEMENT SERVICES
LLC

**Company public response**

---

Contact Us

Newsroom

Careers

Industry Whistleblowers

CFPB Ombudsman


FOIA

Plain Writing

Privacy

Website Privacy Policy & Legal Notices

Open Government

Administrative Adjudication

Accessibility

Office of Civil Rights

No FEAR Act Data

Tribal

Case: 3:19-cv-00762-JZ Doc #: 1-15 Filed: 04/05/19 42 of 45. PageID #: 264

USA.gov

Office of Inspector General

An official website of the United States government



‹ Back to search results                          What do all these data points mean?

# 2336693

**Date CFPB received the complaint**
2/9/2017

**Consumer's state**
NJ

**Consumer's zip**

**Submitted via**
Web

**Tags**

**Did consumer dispute the response?**
No

**Product**
Mortgage
**Sub-product:** Other mortgage

**Issue**
Loan servicing, payments, escrow account

**Consumer consent to publish narrative**
✓ Consent provided

**Consumer complaint narrative**
i did a modification through mortgage servicer. Just prio to the modification they sent me a change of interest, reducing by 1.5 %. They refused to honor it, stating it was ubder XXXX guidelines, but XXXX states they do n't own the loan. I have complained to them several times, they said they do n't have to honor it. They wont accept the payment based on the new rate, which will change in XX/XX/XXXX this year and agin to the orginal in XX/XX/2018 When i intitiated my modification they did an analysis that showed it was {$25000.00} less than wed but never reduced the principal,, stating they do n't have to follow hamp guidelines

## Company information

**Date complaint sent to company**
2/9/2017

**Company name**
RUSHMORE LOAN
MANAGEMENT SERVICES
LLC

**Timely response?**
◉ Yes

**Company response to consumer**
Closed with explanation

**Company public response**

Contact Us

Newsroom

Careers

Industry Whistleblowers

CFPB Ombudsman

FOIA

Plain Writing

Privacy

Website Privacy Policy & Legal Notices

Open Government

Administrative Adjudication

Accessibility

Office of Civil Rights

No FEAR Act Data

Tribal

USA.gov

Office of Inspector General

An official website of the United States government